■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT CALDWELL, Appellant. — Appeal by defendant from two judgments of the Supreme Court, Kings County (Leone, J.), both rendered May 22, 1981, convicting him of robbery in the first degree (two counts), and criminal use of a firearm in the first degree (two counts), upon pleas of guilty, and imposing sentences. ¶ Judgments affirmed. ¶ We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues that could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see *Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; cf. *People v Gonzalez,* 47 NY2d 606). Bracken, J. P., Weinstein, Brown and Niehoff, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULIO COLON, Appellant. — Judgment of the Supreme Court, Kings County (Starkey, J.), rendered August 19, 1980, affirmed. No opinion. Niehoff, J. P., Boyers and Eiber, JJ., concur.

Lawrence J., concurs in part and dissents in part and votes to reduce the sentence imposed upon defendant's conviction of murder in the second degree to an indeterminate term of imprisonment of 15 years to life, with the following memorandum: ¶ While I agree to affirm the convictions, in my view, a sentence of imprisonment of 15 years to life on the murder conviction would be more appropriate under the facts of this case than the term of imprisonment of 20 years to life imposed by the sentencing court.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYRONE JONES, Appellant. — Judgment of the Supreme Court, Kings County (Hayes, J.), rendered July 7, 1982, affirmed (*People v O'Neill,* 86 AD2d 213; *People v Mason,* 85 AD2d 673). Lazer, J. P., O'Connor, Rubin and Boyers, JJ., concur.